1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CAMEO LOREE GARRETT,                         Case No. 2:21-cv-01888-JDP (HC)

12                    Petitioner,                  ORDER DIRECTING PETITIONER TO FILE
                                                   AN APPLICATION TO PROCEED IN
13            v.                                   FORMA PAUPERIS OR PAY THE FILING
                                                   FEE
14    AMADOR COUNTY CONSERVATOR,
      *et al.*,
15
                      Respondents.
16

17          Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis*

19    affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed *in forma pauperis* or submit the appropriate filing fee.

22          In accordance with the above, it is hereby ORDERED that:

23          1.  Petitioner shall submit, within thirty days from the date of this order, either an affidavit

24    in support of her request to proceed *in forma pauperis* or the appropriate filing fee.

25          2.  Petitioner's failure to comply with this order will result in a recommendation that this

26    action be dismissed.

27

28
                                                   1

1        3.  The Clerk of the Court is directed to send petitioner a copy of the *in forma pauperis*

2    form used by this district.

3

4    IT IS SO ORDERED.

5

6    Dated:     October 22, 2021            _____
                                            JEREMY D. PETERSON

7                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28